**MORGAN, LEWIS & BOCKIUS LLP**
Jeremy P. Blumenfeld
2222 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
Fax: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

Christopher J. Boran*
Thomas H. Severson**
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000
Fax: (312) 324-1001
christopher.boran@morganlewis.com
tom.severson@morganlewis.com

*Counsel for Defendants*

\* Admitted *pro hac vice*
\*\* Motion for admission *pro hac vice* forthcoming

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL HARVEY, MERYL EICHENBAUM, and ROXANNE KUZOWSKY, as Representatives of a Class of Similarly Situated Persons, and on behalf of the Bed Bath & Beyond, Inc. 401(k) Savings Plan, <br><br> Plaintiffs, <br><br> v. <br><br> BED BATH & BEYOND, INC. 401(K) SAVINGS PLAN COMMITTEE and LAURA CROSSEN, <br><br> Defendants. | Case No. 2:23-cv-20376 <br><br> Motion Return Date: March 4, 2024 <br><br> **NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that on March 4, 2024, or as soon thereafter as they may be

heard, Defendants Bed Bath & Beyond, Inc. 401(k) Savings Plan Committee and Laura Crossen

(together, "Defendants") will move to dismiss Plaintiffs' First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Defendants will rely upon the accompanying Memorandum of Law with exhibits.  The Defendants also submit for the Court's consideration a Proposed Order.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 78.1, Defendants respectfully request oral argument on their Motion to Dismiss Plaintiffs' Complaint.

Respectfully submitted,

Dated:  January 30, 2023

s/ *Jeremy P. Blumenfeld*

Jeremy P. Blumenfeld
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
Fax: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

Christopher J. Boran*
Thomas H. Severson**
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000
Fax: (312) 324-1001
christopher.boran@morganlewis.com
tom.severson@morganlewis.com

*Counsel for Defendants*

* Admitted *pro hac vice*
** Motion for admission *pro hac vice* forthcoming

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 30, 2023, I caused a true and correct copy of the foregoing

Notice of Motion and accompanying Memorandum of Law with exhibits and Proposed Order to

be served on counsel of record via CM/ECF.


Dated: January 30, 2023                                    /s/ *Jeremy P. Blumenfeld*
                                                           Jeremy P. Blumenfeld