UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL HARVEY, MERYL EICHENBAUM, and ROXANNE KUZOWSKY, as Representatives of a Class of Similarly Situated Persons, and on behalf of the Bed Bath & Beyond, Inc. 401(k) Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BED BATH & BEYOND, INC. 401(K) SAVINGS PLAN COMMITTEE and LAURA CROSSEN,<br><br>Defendants. | Case No. 2:23-cv-20376<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's November 25, 2024 order (Dkt. No. 54), the Parties submit the following joint status report.

After a second mediation session with Judge Falk on December 2, 2024, the Parties have reached a settlement in principle to resolve this litigation. The Parties will draft the terms of a class action settlement agreement over the next several weeks, and Plaintiffs intend to file a motion for preliminary approval of the class action settlement by January 31, 2025. The Parties request that the Court maintain the stay in this matter until Plaintiffs file their motion for preliminary approval of the settlement.

Dated: December 9, 2024

Respectfully submitted,

| **MORGAN & MORGAN, P.A.** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| */s/ Andrew R. Frisch* | /s/ *Jeremy P. Blumenfeld* |
| Andrew R. Frisch<br>8151 Peters Road, Suite 4000<br>Plantation, FL 33324<br>Telephone: (954) 967-5377<br>Facsimile: (954) 327-3013<br>afrisch@forthepeople.com | Jeremy P. Blumenfeld<br>2222 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-5000<br>Fax: (215) 963-5001<br>jeremy.blumenfeld@morganlewis.com |
| Marc R. Edelman*<br>201 N. Franklin Street, Suite 700 Tampa, FL 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 257-0572<br>medelman@forthepeople.com | Christopher J. Boran*<br>Thomas H. Severson**<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606-1511<br>(312) 324-1000<br>Fax: (312) 324-1001<br>christopher.boran@morganlewis.com<br>tom.severson@morganlewis.com |
| **ENGSTROM LEE LLC**<br>Carl F. Engstrom*<br>Jennifer K. Lee*<br>323 Washington Ave. N., Suite 200<br>Minneapolis, MN 55401<br>Telephone: (612) 305-8349<br>Facsimile: (612) 677-3050<br>cengstrom@engstromlee.com<br>jlee@engstromlee.com | *Counsel for Defendants*<br><br>* Admitted *pro hac vice*<br>** Motion for admission *pro hac vice* forthcoming |
| **WENZEL FENTON CABASSA P.A.**<br>Brandon J. Hill*<br>1110 N. Florida Ave., Suite 300 Tampa, FL 33602<br>Telephone: (813) 224-0431<br>Facsimile: (813) 229-8712<br>bhill@wfclaw.com | |
| *Counsel for Plaintiffs* | |
| *Admitted pro hac vice | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I caused a true and correct copy of the foregoing Joint Status Report to be served on counsel of record via CM/ECF.

Dated: December 9, 2024            /s/ *Jeremy P. Blumenfeld*
                                   Jeremy P. Blumenfeld