# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL HARVEY, MERYL EICHENBAUM, and ROXANNE KUZOWSKY, as representatives of a class of similarly situated persons, and on behalf of the BED BATH & BEYOND, INC. 401(K) SAVINGS PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> BED BATH & BEYOND, INC. 401(K) SAVINGS PLAN COMMITTEE and LAURA CROSSEN, <br><br> Defendants. | Case No. 2:23-cv-20376-CCC-SDA |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Paul Harvey, Meryl Eichenbaum, and Roxanne Kuzowsky ("Plaintiffs"), individually and on behalf of the proposed Settlement Class, hereby respectfully move for an order (1) preliminarily approving a class action settlement agreement between Plaintiffs and Bed Bath & Beyond, Inc. 401(k) Savings Plan Committee and Laura Crossen ("Defendants" and together with Plaintiffs, "Parties"), (2) approving the proposed Settlement Notice and authorizing its distribution to the Settlement Class; (3) certifying, on a preliminary basis, the

proposed Settlement Class; (4) approving the proposed Plan of Allocation; (5) setting a date for a Fairness Hearing; and (6) granting other relief as set forth in the proposed Preliminary Approval Order.

This motion is made based on the accompanying Memorandum of Points and Authorities, the Settlement Agreement, Declaration of Jennifer K. Lee and the accompanying exhibits, Declaration of Marc Edelman, Declaration of Paul Harvey, Declaration of Meryl Eichenbaum, and Declaration of Roxanne Kuzowsky, and all other papers, pleadings, documents, arguments, and materials presented before or during the hearing on this motion, and any other evidence or argument the Court may consider.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Date: February 14, 2025 | **MORGAN & MORGAN, P.A.** |
|  | /s/Andrew R. Frisch<br>Andrew R. Frisch, NJ Bar No. 038452000<br>8151 Peters Road, Suite 4000<br>Plantation, FL 33324<br>Telephone: (954) 967-5377<br>Facsimile: (954) 327-3013<br>afrisch@forthepeople.com |
|  | Marc R. Edelman, FL Bar No. 0096342*<br>201 N. Franklin Street, Suite 700<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 257-0572<br>medelman@forthepeople.com |

**ENGSTROM LEE LLC**
Carl F. Engstrom, MN Bar No. 0396298*
Jennifer K. Lee, MN Bar No. 0399012*
323 Washington Ave. N., Suite 200
Minneapolis, MN 55401
Telephone: (612) 305-8349
Facsimile: (612) 677-3050
cengstrom@engstromlee.com
jlee@engstromlee.com

**WENZEL FENTON CABASSA P.A.**
Brandon J. Hill, FL Bar No. 0037061**
1110 N. Florida Ave., Suite 300
Tampa, FL 33602
Telephone: (813) 224-0431
Facsimile: (813) 229-8712
bhill@wfclaw.com

*Admitted *pro hac vice*
***pro hac vice* application forthcoming

ATTORNEYS FOR PLAINTIFFS

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 14, 2025, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

/s/Andrew R. Frisch
Andrew R. Frisch