UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL HARVEY, MERYL EICHENBAUM and ROXANNE KUZOWSKY, as representatives of a Class of Similarly Situated Persons, and on behalf of Bed Bath & Beyond, Inc. 401(k) Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND, INC. 401(K) SAVINGS PLAN COMMITTEE and LAURA CROSSEN,<br><br>Defendants. | Case No. 2:23-cv-20376-CCC-ESK<br><br>**DECLARATION OF MARC R. EDELMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Marc R. Edelman, declare and state as follows:

1. I am a partner at the law firm of Morgan & Morgan, P.A. ("Morgan & Morgan"), and am one of the attorneys of record for Plaintiffs Paul Harvey, Meryl Eichenbaum and Roxanne Kuzowsky, in the above-captioned action. I submit this declaration in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

2. I am licensed to practice law in the State of Florida, and also have been admitted to practice in several federal district courts and appellate courts. A list of jurisdictions and courts in which I have been admitted is set forth below:

| |
|---|
| United States District Court Middle District of Florida |
| United States District Court Southern District of Florida |
| United States Court of Appeals for the Eleventh Circuit |
| United States District Court Western District of Tennessee |
| United States District Court Eastern District Michigan |

1

| Supreme Court of the State of Florida |
|---|
| Circuit Courts State of Florida |

3.    I received my law degree from Florida State University in 1996 and my B.A. from the University of Florida in 1992.

4.    I have been actively engaged in the practice of law since 1996 and have substantial class action experience.

5.    Since joining Morgan and Morgan I have focused my efforts on employment law and employment related class action lawsuits prosecuting violations of the Fair Credit Reporting Act 15 U.S.C. § 1681b and ERISA, primarily COBRA. *Graham v. Pyramid Healthcare Solutions,* Case No.: 8:16-cv- 1324-T-30AAS (Dkt.58), (M.D. Fla. June 18, 2017)(Moody, J.); *Coles v. Stateserv Medical of Florida, LLC et al.* No. 8:17-cv-829-T-17-AEP, (M.D. Fla., April 10, 2017) (Dkt. 45); *Fosbrink v. Area Wide Protective, Inc.*, 8:17-cv-01154-JSM-CPT, (M.D. Fla., May 8, 2018) (Moody, J.) (Dkt. 58); *Musa v. SOS Security LLC*, No. 2:17-cv-05681-MCA-SCM (D.N.J., Newark Division, April 16, 2018) (Dkt. 42); *Grice v. Pepsi Beverages Company, et al*, Case No:1:17-cv-08853-JPO (S.D.N.Y. May 23, 2018); *Gibbs v. Centerplate, Inc., et al.*, No.8:17-cv- 2187-T-17EAK-JSS (M.D.Fla. July 12, 2018); *Hargrett v. Amazon.comDEDC LLC,* Case No.8:15-cv-2456-T-26EAJ (July 24, 2018); *Gross v. Advanced Disposal Services, Inc.*, No. 8:17- cv-1920-T-36TGW (M.D.Fla. Dec. 10, 2018); *Williams v. Naples Hotel Group,* No: 6:18-cv- 422-Orl-37DCI (M.D.Fla. June 11, 2019); *Lindsey v. Ring Power Corporation*, No.: 18-CA-007124 (Fla. 13th Cir.); *Bulgajewski v. R.T.G. Furniture Corporation, d/b/a*

*Rooms To Go*, No.: 18-CA-007000 (Fla.13th Cir.). *Bryant v. Realogy Group, LLC*, No.: 8:18-cv-2572-T-60CPT (M.D.Fla. April 9, 2020); *Bermudez v. CFI Resorts Management, Inc.*, No.: 6:19-cv-1847-Orl- 37DCI (M.D.Fla. August 3, 2020); *Silberstein v. Petsmart, Inc.*, No.: 8:19-cv-02800-SCB-AAS (M.D.Fla. August 27, 2020); *Sharp v. Technicolor Videocassette of Michigan, Inc.*, No.: 2:18-cv- 02325-cgc (W.D.T.N., December 5, 2020); *Smith, et al. v. Kforce, Inc.*, No.: 8:19-cv-02068-CEH-CPT (M.D.Fla. June 28, 2021); *Broughton v. Payroll Made Easy, Inc.*, No.: 2:20-cv-41-NPM (M.D.Fla. July 27, 2021); *Betty Morris, et al. v. US Foods, Inc.*, No.: 8:20-cv-105-SDM-CPT (M.D.Fla. July 14, 2021); *Tweedie v. Waste Pro USA, Inc.*, No.: 8:19-cv-01827-TPB-AEP (M.D.Fla August 5, 2021); *Mendiola v. Home Depot U.S.A., Inc., et al.*, No.: 1:20-cv-04027 (N.D.G.A. October 7, 2021); *McNamara v. Brenntag Mid-South, Inc.*, No.: 8:21-cv-618-MSS-JSS, (M.D.Fla. November 2, 2021); *Washington v. DialogDirect*, No: 2:21-cv-10445-LVP-RSW (E.D.Mich. April 18, 2022); *Lyttle v. Trulieve, Inc.*, Case No.: 8:19-cv-02313-CEH-TGW (M.D.Fla. Aug. 18, 2022); *Moore v Computer Generated Solutions, Inc.* Case No.: 2022-ca-856 (Thirteenth Circuit Fla. Sept. 21, 2023); *Rodriguez v TZ Insurance Solutions d/b/a Tranzact and Willis Towers Watson, U.S. LLC,* Case No.: 23-ca-401 (Thirteenth Circuit Fla. Aug. 17, 2023); *Cothran v. Adams*, Case No.: 23-cv-00518-CEH-CPT (M.D. Fla. October 24, 2024)(ESOP breach of fiduciary duty action); *Forestal v. SH Group Operations, LLC and Sterling Infosystems, Inc.*, Case No. 23-CA-013634, (Thirteenth Cir. Fla. May 22,

3

2024); *Stewart v. Baptist Memorial Health Care Corporation*, Case No. 2:21-cv-02377-SHM-cgc (W.D. Tenn. September 30, 2024).

6.	Based on my personal experience and knowledge, discovery and research into the merits and valuation of the claims, and in collaboration with co-counsel, I believe that we were well-equipped to negotiate the Settlement that was reached in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2025

_____
Marc R. Edelman