UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL HARVEY, MERYL EICHENBAUM, and ROXANNE KUZOWSKY, as representatives of a class of similarly situated persons, and on behalf of the BED BATH & BEYOND, INC. 401(K) SAVINGS PLAN,<br><br>     Plaintiffs,<br><br>v.<br><br>BED BATH & BEYOND, INC. 401(K) SAVINGS PLAN COMMITTEE and LAURA CROSSEN,<br><br>     Defendants. | Case No. 2:23-cv-20376-CCC-SDA |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
<u>CLASS ACTION SETTLEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 23(e) and the Court's Order Granting Preliminary Approval of Class Action Settlement (Dkt. 62), Plaintiffs and Class Counsel respectfully move for an Order granting final approval of the Parties' proposed Class Action Settlement Agreement (Dkt. 61-1). This motion is made based on the accompanying Memorandum of Points and Authorities; the Declaration of Jennifer K. Lee in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and exhibit thereto ("Third Lee Decl."); the Declaration

of Richard W. Simmons ("Simmons Decl."); the previously submitted Declarations of Jennifer K. Lee, Dkts. 61-1 and 64-1; Paul Harvey, Dkt. 61-3; Meryl Eichenbaum, Dkt. 61-4; and Roxanne Kuzowsky, Dkt. 61-5; the Parties' Settlement Agreement, Dkt. 61-1; the Court's Order Granting Preliminary Approval of Class Action Settlement, Dkt. 62; and all other papers, pleadings, documents, arguments, and materials presented before or during the hearing on this motion, and any other evidence or argument the Court may consider. As Parties to the Settlement, Defendants do not oppose this motion.

Respectfully Submitted,

Date: September 9, 2025                **MORGAN & MORGAN, P.A.**

/s/Andrew R. Frisch
Andrew R. Frisch, NJ Bar No. 038452000
8151 Peters Road, Suite 4000
Plantation, FL 33324
Telephone: (954) 967-5377
Facsimile: (954) 327-3013
afrisch@forthepeople.com

Marc R. Edelman, FL Bar No. 0096342*
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 257-0572
medelman@forthepeople.com

**ENGSTROM LEE LLC**
Carl F. Engstrom, MN Bar No. 0396298*
Jennifer K. Lee, MN Bar No. 0399012*
323 Washington Ave. N., Suite 200
Minneapolis, MN 55401

Telephone: (612) 305-8349
Facsimile: (612) 677-3050
cengstrom@engstromlee.com
jlee@engstromlee.com

**WENZEL FENTON CABASSA P.A.**
Brandon J. Hill, FL Bar No. 0037061**
1110 N. Florida Ave., Suite 300
Tampa, FL 33602
Telephone: (813) 224-0431
Facsimile: (813) 229-8712
bhill@wfclaw.com

*Admitted *pro hac vice*
**pro hac vice* application forthcoming

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 9, 2025, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

/s/Andrew R. Frisch
Andrew R. Frisch
